DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

KLAUS DUELL,

Appellant,

v.

SUN COAST ROOFING SERVICES, INC.,

Appellee.

No. 2D22-3337

———————————————

January 31, 2024

Appeal from the County Court for Manatee County; Renee L. Inman, Judge.

Greg Horowitz, Sarasota, for Appellant.

Gavin D. Magaziner of Magaziner Law, P.A., Safety Harbor, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.